UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| CYNTHIA ALVARADO | : | |
|                    Petitioner, | : | |
| | : | |
|        v. | : | No. 2:16-cv-3586 |
| | : | |
| | : | |
| JOHN E. WETZEL, | : | |
| Secretary of the Pennsylvania Dept. of | : | |
| Corrections, *et al.*, | : | |
|                    Respondents. | : | |
| | : | |

## O R D E R

**AND NOW**, this 10th day of July, 2019, upon consideration of the Petition for Writ of Habeas Corpus, ECF No. 1; Petitioner's Memorandum of Law, ECF No. 5; the Response in Opposition, ECF No. 11; Petitioner's Reply, ECF No. 16; the Report and Recommendation, ECF No. 17; and Petitioner's Objections, ECF No. 22, and for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Report and Recommendation is **APPROVED AND ADOPTED IN PART and REJECTED IN PART**.
2. Petitioner's Objections are **SUSTAINED IN PART**.
3. The petition for a writ of habeas corpus is **CONDITIONALLY GRANTED**.
4. Petitioner's state convictions and sentence are **VACATED**.
5. The matter is **REMANDED** to the Court of Common Pleas of Philadelphia County.
6. **Within one hundred twenty (120) days** of the date of this Order, the Commonwealth of Pennsylvania **SHALL** either retry Petitioner or release her.
7. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

071019